## Bessie Apthorp, Appellee, v. Paul O. Domke, Appellant.

### Gen. No. 18,859.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed December 2, 1913.

### Statement of the Case.

Action by Bessie Apthorp against Paul O. Domke to recover damages for personal injuries sustained by plaintiff alleged to have been caused by the negligence of defendant's servant in driving a horse and wagon so as to strike down and run over plaintiff at a street intersection. From a judgment in favor of plaintiff for four hundred and twenty-seven dollars, defendant appeals.

WILLIAM DANIEL JOHNSON, for appellant.

No appearance for appellee.

MR. JUSTICE CLARK delivered the opinion of the court

### Abstract of the Decision.

1. NEGLIGENCE, § 138*—*when plaintiff need not prove ownership of instrument causing the injury.* In an action for personal injuries resulting from the negligent driving of a horse and wagon, burden is not upon plaintiff to prove defendant's ownership of the horse and wagon where the only plea filed by defendant was the general issue.

2. APPEAL AND ERROR, § 1561*—*when refusal of requested instructions not error.* Refusal of requested instructions which were covered by other instructions given, *held* not error.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.